NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE SHEKIA GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WHOLESALE CABINETRY, LLC., et als., <br><br> Defendants. | Civil Action No.: 2:17-cv-1477 <br><br> **ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on Plaintiff The Sheika Group's ("Plaintiff") motion to strike and dismiss with prejudice defendants' amended answer with counterclaims and enter default against defendants. (ECF No. 69). The motion was unopposed. On May 2, 2019, Magistrate Judge Mark Falk issued a Report and Recommendation ("R&R") recommending that the Court grant Plaintiff's motion to strike and dismiss with prejudice defendants' amended answer with counterclaims and enter default. (ECF No. 71). No objections have been filed thereto. The Court has considered the submissions of the parties and Judge Falk's R&R, and for substantially the same reasons stated therein:

**IT IS** on this 6 day of June, 2019

**ORDERED** that this Court adopts Judge Falk's May 2, 2019 R&R that the Court strike and dismiss with prejudice defendants' amended answer with counterclaims and enter default; it is further

**ORDERED** that the Clerk's Office strike defendants' amended answer with counterclaims and enter default against all defendants.

CLAIRE C. CECCHI, U.S.D.J.